IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST ) <br> FROM ESTONIA ) <br> IN THE MATTER OF )     Misc. No. 08- <br> BRONNIKOV ) | |

## APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, David L. Hall, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Estonian authorities.

                                                           COLM F. CONNOLLY
                                                           United States Attorney

                                          By: _____
                                                  David L. Hall
                                                  Assistant U.S. Attorney
                                                  1007 N. Orange Street
                                                  Wilmington, DE     19801
                                                  (302) 573-6277

Dated: 4/7/08