### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

```
IN RE LETTER OF REQUEST        )
FROM ESTONIA                   )
IN THE MATTER OF               )      Misc. No. 08-
BRONNIKOV                      )
```

### GOVERNMENT'S MEMORANDUM OF LAW
### IN SUPPORT OF APPLICATION FOR ORDER

This memorandum of law is submitted in support of the Application for an Order pursuant to Title 28, United States Code, Section 1782, in order to execute a letter of request from Estonia. A copy of the translation is attached.

FACTUAL BACKGROUND:

This investigation is being conducted by the Estonian authorities who are investigating a case of alleged import/export fraud.

EVIDENCE SOUGHT:

The Estonian authorities seek information from the Delaware Secretary of State's Office and another company that resides in this district. The authority for this Court to accede to this request is contained in Title 28, United States Code, Section 1782, which states in part:

(a)  The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the

court.    By virtue of his appointment, the person appointed has power to administer any necessary oath and take the testimony or statement.  The order may prescribe the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing.  To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.

The proper criteria for determining whether the court should exercise its discretion in favor of executing the request are outlined in *In Re Request for Judicial Assistance from the Seoul District Criminal Court*, 555 F.2d 720, 723 (9th Cir. 1977) (citation omitted):

> Under the statute the only restrictions explicitly stated are that the request be made by a foreign or international tribunal, and that the testimony or material requested be for use in a proceeding in such a tribunal.... [and] that the investigation in connection with which the request is made must relate to a judicial or quasi-judicial controversy.

Moreover, " (t)he judicial proceeding for which assistance is sought ... need not be pending at the time of the request for assistance; it suffices that the proceeding in the foreign tribunal and its contours be in reasonable contemplation when the request is made." In Re Letter of Request from the Crown Prosecution Services of the United Kingdom, 870 F.2d 686, 687 (D.C. Cir. 1989).

The letter of request in this case shows that the information sought is for use in such proceedings in Estonia and hence the request comes well within those circumstances

contemplated by Congress in expanding the Federal Courts' authority to act in such matters. *In Re Letter of Request from the Crown Prosecution Service of the United Kingdom*, 870 F.2d 686, 689-91 (D.C. Cir. 1989); *In Re Letters Rogatory from the Tokyo District, Tokyo, Japan*, 539 F.2d 1216, 1219 (9th Cir. 1976). Therefore, I ask this Court to honor the request for assistance.

The reception of letters of request and the appointment of a Commissioner to execute them are matters customarily handled ex parte, and persons with objections to the request raise those objections by moving to quash any subpoenas issued by the Commissioner. *Id.*

**WHEREFORE**, the United States requests that the Court issue an Order, in the form, appended hereto, appointing a Commissioner in order to execute the request for assistance.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
David L. Hall
Assistant U.S. Attorney
1007 N. Orange Street
Wilmington, DE    19801
(302) 573-6277

Dated: 4/7/08




Your ref.

Department of Justice
International Criminal Co-operation
Bond Building, 1400 New York Ave, N.W.
Washington D.C. 20005
U.S.A.

07.12.2007

2-7-11/10970-
Our ref.  1188

**Request for judicial assistance**

Ministry of Justice of Estonia with reference to the Treaty between the Government of the Republic of Estonia and the Government of the United States of America on the Mutual Assistance in Criminal Matters presents the enclosed request for judicial assistance made by the Põhja (North) District Prosecutors Office in criminal investigation No 05913000090.

Yours sincerely

Imbi Markus
Head of International Judicial Co-operation Unit

Enclosures

Copy: Prosecutor General's Office (06.12.2007; RP-2-12/07/2030)
       Pagari 1, 15188 Tallinn

182-2781S

Astrid Laurendt-Hanioja
astrid.laurendt@just.ee

To a competent authority in the United States of America          04.12.2007 nr PRP-7/07/7935

**Letter rogatory in the criminal matter no. 05913000090**

The Security Police of the Republic of Estonia is hearing the criminal matter no. 05913000090, which was initiated on 20.12.2005 (pursuant to § 392 (2(2)) of the Penal Code of the Republic of Estonia - illicit import and export by a group of prohibited goods or goods requiring a special permit) with regard to a group of citizens of the Republic of Estonia, who have, for a long period of time, been active in the illicit export and import of goods entered into the list of strategic goods by exporting them from the Russian Federation through the Republic of Estonia into third countries.

Pursuant to § 2 of the Strategic Goods Act of the Republic of Estonia, strategic goods are military goods and dual use goods, Military goods, means, substances, materials, devices, equipment, systems and components of thereof, software and technology used for military purposes. Dual-use goods means goods within the meaning of Article 2.a of Council Regulation 1334/2000/EC setting up a Community regime for the control of exports of dual-use items and technology (EÜT L 159, 30.06.2000, pp. 1–5).

Pursuant to the Penal Code, illegal export and import across the customs frontier of the European Union or the state border of the Republic of Estonia of illicit or goods requiring a special permit by a group is punishable by imprisonment for up to ten years (§ 392 (2(2)) of the Penal Code).

The pre-trial investigation of the criminal matter has established that the group was engaged in the illicit import of goods listed in the list of strategic goods ML10, therefore components and details for aircraft and helicopters specially designed, designated or adjusted for military use, into the Republic of Estonia, an the export of said goods to third countries (People's Republic of China, People's Republic of Bangladesh, Malaysia, Algeria).

As part of the pre-trial investigation of the criminal matter, the following persons have been questioned as suspects: Eduard Kurbatov, Aare Piire, Dmitri Sepa, Nikolai Prohhorov, Heiti Metsoja, Roman Mikhaylov, Vladimir Mitrofanov, Sergey Bogoslovskiy and Aleksei Kravtšenko. The main organizers behind the illicit trafficking were Eduard Kurbatov and Dmitri Sepa, the latter being responsible for transporting the contraband over the border. The goods were transported into Estonia by avoiding control by the customs authorities and Nikolai Prohhorov, employee of **AS Essenta**, was responsible for storage of goods, and for preparing the packaging for the export of goods. Heiti Metsoja, a customs agent employed at **OÜ Trans Air Logistics**, aided in organizing the export of the goods by formalizing the required accompanying documentation for the goods. Some of the accompanying flight documents were formalized by subordinates to Heiti Metsoja at **OÜ Trans Air Logistics**, namely Olga Taygankova (also known to use the surnames Tsogankova, Tsõgankova, and from 25.05.2007 Aleksejeva) and Jaanus Gimaletdinov.

An employee of AS Schenker Aare Piire transported the strategic goods to the airplane for shipping. During the investigative activities, 5 crates of objects classified as strategic goods that were returned from the People's Republic of China were discovered, and the contact person for named goods was marked in the documentation as Aare Piire. Eduard Kurbatov used the e-mail address danger1@hot.ee for the implementation of illegal activities and the organizing of illicit

2

trafficking and lists of warplane spare parts exported from Estonia and classified as strategic goods, along with illustrative photographs, were sent to said e-mail address by him.

As part of the pre-trial investigation of the criminal matter, some of the identified drivers who have been questioned are Roman Mikhaylov, Vladimir Mitrofanov and Sergey Bogoslovskiy, who were transporting the goods secretly from Russia to Estonia.

Also, the following persons have been identified as part of the pre-trial who might be connected to organizing of illicit trafficking or assisting in transporting the goods to the Republic of Estonia and from Estonia to other countries:

1) Jevgeni Davidov, born – the person has the right to use the bank accounts of Twinstyle LTD that were provided on trade invoices that accompanied flight delivery notes and the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

2) Igor Podretšnev born – the person has the right to use the bank accounts of Twinstyle LTD that were provided on trade invoices that accompanied flight delivery notes and the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

3) Vladimir Kiriljuk, born ██████████ - the person has the right to use the bank accounts of Simatron Ltd and Temron Management Corp that were provided on trade invoices that accompanied flight delivery notes and the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

4) Aleksandr Kolpakov, born ██████████ - the person has the right to use the bank accounts of Bereng Ltd. CO that were provided on trade invoices that accompanied flight delivery notes and the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

5) Aleksander Petrov - the person has the right to use the bank account of Macrotex Technologies LLC that was provided on trade invoices that accompanied flight delivery notes and the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

6) Pavel Guštšin – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

7) Jevgeni, son of Mihhail (residing in Belarus) – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

8) Oleg Samohvalov – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

9) Oleg Vašenko – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

10) Vladimir Rõbalov – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

11) Stanislav Kaktus – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

12) Georgi Kaktus – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

13) Vladimir Božok – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

3

14) Juri Kuhi – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

15) Sergei Lomaka – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

16) Vadim Usov – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

17) Julia Beloborodova – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

18) Vadim Zabožan – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

19) Ihar Kapitsyn – the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

20) Sergei Petrov, personal identification code of the Republic of Latvia 290971-12753 – the person has the right to use the bank account of Macrotex Technologies LLC that was provided on trade invoices that accompanied flight delivery notes and the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

21) Yuri (Juri) Makarov, born ▆▆▆▆▆▆▆ - the person has the right to use the bank accounts of Makafton Technologies Ltd. that were provided on trade invoices that accompanied flight delivery notes and the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

22) Iouri (Igor) Konnikov, born ▆▆▆▆▆▆ – one of the managers of the company Makafton Technologies Ltd, and the person might be connected to organizing the transport of goods into the Republic of Estonia and forwarding said goods to third countries.

23) Serguei (Sergei) Kovanda, born ▆▆▆▆▆▆ – the person has the right to use the bank accounts of Makafton Technologies Ltd. that were provided on trade invoices that accompanied flight delivery notes and the person might be connected to organizing the transport of goods into Estonia and forwarding said goods to third countries.

24) Dmitar Panchugov, born ▆▆▆▆▆▆ – the person has the right to use the bank accounts of Makafton Technologies Ltd. that were provided on trade invoices that accompanied flight delivery notes and the person might be connected to organizing the transport of goods into Estonia and forwarding said goods to third countries.

Most of the strategic goods have been forwarded from Estonia using different courier companies and the companies listed below, among which is a company registered in the Republic of Cyprus named Makafton Technologies Ltd. Based on the delivery notes, the goods that were sent were generally: "spare parts", "electricals" and "pumps".

The identified companies are:

**TWINSTYLE LTD** (Suite 606, 1220 N.Market Street, Wilmington, DE 19801, Country Of New Castle, USA) Bank: Lateko Bank Riga Latvia Swift-code:▆▆▆▆▆ Account#▆▆▆▆ (USD)

**SIMATRON LTD** (#24 Tangerine Str., Belmopan, Belize)
BANK: Acc:▆▆▆▆▆▆ (USD), (EUR) LATEKO BANK Riga, Latvia SWIFT: LATB LV 22 Acc:▆▆▆▆▆▆ (USD) DEUTSCHE BANK TRUST COMPANY AMERICAS New York, USA SWIFT:▆▆▆▆ Acc:▆▆▆▆▆ (EUR) DEUTSCHE BANK Frankfurt/Main SWIFT:▆▆▆▆

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

4

**TEMRON MANAGEMENT CORP.** 12260 Willow Grove Road, Camden, Bldg#2, Delaware, USA Acc: ███████ IBAN:█████ (EUR / USD) LATEKO BANK, Riga, Latvia SWIFT:████ Acc:███████ USD) DEUTSCHE BANK TRUST COMPANY AMERICAS New York, USA SWIFT: BKTR US33 Acc:█████████ (EUR) DEUTSCHE BANK Frankfurt/Main SWIFT:█████

**BERENG LIMITED COMPANY** (113 Barksdale Professional Center Newar DE 19711 Suite 1202 Little Rock State of Arkansas USA, AR 72201) Bank: Rietumu Bankas p/c ████ Reg.no█████████

**MACROTEX TECHNOLOGIES LLC** (7515 East North Street, Dower Delaware USA) Bank: Parex Bank Riga Latvija Swift-code: Acc:

**MAKAFTON TECHNOLOGIES LTD** (29A Anna Komnini Str., CY-1520 Nicosia Cyprus) Bank: USD Acc:██████████ International Bank Account Number (IBAN no) ████ ████████ Cyprus Popular Bank Ltd The International Business Centre 50 Kennedy Avenue Caterways Building 1st Floor Nicosia-Cyprus

As part of the pre-trial investigation of the criminal matter, it must be determined:
1) whether the companies provided in the appendices of the letter rogatory exist and are they active?;
2) if the companies have organized the transport of goods listed on the flight delivery notes through the Republic of Estonia into third countries?
3) the source and nature of the goods (for which airplanes and systems were the sent components meant)?
4) who has formalized the invoices accompanying the flight delivery notes with company seals? 5) at what time and with which companies have the contracts been signed regarding the goods and when and to whom were the moneys paid for the goods?

In connection to the aforementioned, investigative actions must be taken within the curtilage of the United States of America in order to conduct a thorough, complete and objective pre-trial investigation of the criminal matter.
**Pursuant to the aforementioned and being guided by the agreement between the governments of the Republic of Estonia and the United States of America regarding mutual cooperation in criminal matters, we request:**
    1. to hear the representative of **"Macrotex Technologies LLC"** (7515, East North Str. Dower Delaware USA) as a witness with regard to the following questions
- When was the company founded; what are its areas of activity and who belong to the management board of the company?
- Has your company ordered or received goods, substances, materials, devices, equipment, systems and components of thereof, software and technology used for military purposes from the Republic of Estonia (Tallinn)? (If yes, then at what times have the goods been sent, with which companies have the contracts been signed, etc.?)
Please present to the person being questioned the Air Waybill 960-0034 5354, on one page, where the sender of goods has been marked as Macrotex Technologies LLC., and the accompanying Invoice No. QIN29 28.01.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

5

- Which one of your employees compiled invoice No. QIN 29 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods? If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods (present the signed contracts during the questioning)?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has your company opened the bank account in the Republic of Latvia Parex Bank with the number ██████████ that is shown on Invoice QIN29; if it has, then when was the account opened and who are the persons authorized to use the account?
- Has the company China Qing An International Trading Group CO Ltd., located in the People's Republic of China, paid the sum 230 USD pursuant to the invoice for the sent goods?
- Is this sum of 230 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)
- Has your company signed any contracts or has your company had any contact with the following companies:
**TWINSTYLE LTD** (Suite 606, 1220 N.Market Street, Wilmington, DE 19801; Country Of New Castle, USA) Bank: Lateko Bank Riga Latvia Swift-code:██████ Account#██████████ ██████(USD)
**SIMATRON LTD** (#24 Tangerine Str., Belmopan, Belize)
BANK: Acc:██████████(USD), (EUR) LATEKO BANK Riga, Latvia SWIFT: ██████Acc:██████(USD) DEUTSCHE BANK TRUST COMPANY AMERICAS New York, USA SWIFT:██████ Acc:██████████(EUR) DEUTSCHE BANK Frankfurt/Main SWIFT:██████
**TEMRON MANAGEMENT CORP.** 12260 Willow Grove Road, Camden, Bldg#2, Delaware, USA Acc:██████IBAN:██████████(EUR / USD) LATEKO BANK, Riga, Latvia SWIFT:██████ Acc:██████(USD) DEUTSCHE BANK TRUST COMPANY AMERICAS New York, USA SWIFT:██████ Acc:██████████(EUR) DEUTSCHE BANK Frankfurt/Main SWIFT:██████
**BERENG LIMITED COMPANY** (113 Barksdale Professional Center Newar DE 19711 Suite 1202 Little Rock State of Arkansas USA, AR 72201) Bank: Rietumu Bankas p/c ██████ Reg.no ██████
**MAKAFTON TECHNOLOGIES LTD** (29A Anna Komnini Str., CY-1520 Nicosia Cyprus) Bank: USD Acc:██████International Bank Account Number (IBAN no)██████ ██████ Cyprus Popular Bank Ltd The International Business Centre 50 Kennedy Avenue Caterways Building 1st Floor Nicosia-Cyprus

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding* *unjustified refusal to perform his duties and knowingly providing a false translation.*

6

(If yes, then at what time and have you had contact with them regarding the transport of goods through the Republic of Estonia?)

- Has your company had any contact with the following people?:
Jevgeni Davidov, born ███████████
Igor Podretšnev, born ███████████
Vladimir Kiriljuk, born ███████████
Aleksandr Kolpakov, born ███████████
Aleksander Petrov
Pavel Guštšin
Jevgeni, son of Mihhail(resides in Belarus)
Oleg Samohvalov
Oleg Vašenko
Vladimir Rõbalov
Stanislav Kaktus
Georgi Kaktus
Vladimir Božok
Juri Kuhi
Sergei Lomaka
Vadim Usov
Julia Beloborodova
Vadim Zabožan
Ihar Kapitsyn
Olga Tayngankova (also known to use the surnames Tsogankova, Tsõgankova, and from 25.05.2007 Aleksejeva), born ███████████ a
Sergei Petrov, personal identification code of the Republic of Latvia ███████████
Yuri (Juri) Makarov, born ███████████
Iouri (Igor) Konnikov, born ███████████
Serguei (Sergei) Kovanda, born ███████████
Dmitar Panchugov, born ███████████
Dmitri Sepa, born ███████████
Eduard Kurbatov, born ███████████
Aare Piire, born ███████████
Heiti Metsoja, born ███████████
Nikolai Prohhorov, born ███████████
Vladimir Mitrofanov, born
███████████
Roman Mikhaylov, born ███████████
Aleksei Kravtšenko, born ███████████
Sergey (Sergei) Bogoslovskiy, born ███████████
Jaanus Gimaletdinov, born ███████████

If yes, then in connection with what and are these persons connected to the goods sent through the Republic of Estonia?
If possible, then please add copies of any documents connected to the aforementioned persons.

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding*
*unjustified refusal to perform his duties and knowingly providing a false translation.*

7

Please present to the person being questioned the Air Waybill 960-0034 5376, on one page, where the sender of goods has been marked as Macrotex Technologies LLC, and the accompanying Invoice No. EL28 28.01.2005 on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. EL28 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Elegant Group Trading Ltd., located in the People's Republic of China, paid the sum 40 USD pursuant to the invoice for the sent goods?
- Is this sum of 40 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

1.2 Please present to the person being questioned the Air Waybill 960-0034 5365, on one page, where the sender of goods has been marked as Macrotex Technologies LLC., and the accompanying Invoice No. HENG30 28.01.2005 on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. HENG30 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

8

- Has the company Beijing Hengjietong Trade Company, located in the People's Republic of China, paid the sum 240 USD pursuant to the invoice for the sent goods?
- Is this sum of 240 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

1.3 Please present to the person being questioned the Air Waybill 960-0034 5391, on one page, where the sender of goods has been marked as Macrotex Technologies LLC., and the accompanying Invoice No. 15022005-1 15.02.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. 15022005-1 and on which grounds has it been submitted?
- Has your company sent the goods (Spare parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Sea Dragon Import& Export Service, located in the People's Republic of China, paid the sum 980 USD pursuant to the invoice for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

1.4 Please present to the person being questioned the Air Waybill 960-0034 5181, on one page, where the sender of goods has been marked as Macrotex Technologies LLC., which has been attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

9

- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Shuanghengyuan Air Material registered in the People's Republic of China paid the invoice for the said goods (when, to which account and in which sums)?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

1.5 Please present to the person being questioned the Air Waybill 960-0034 5192, on one page, where the sender of goods has been marked as Macrotex Technologies LLC, which has been attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Has your company sent the goods (Spare Parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Hengjietong Trade Company registered in the People's Republic of China paid the invoice for the said goods (when, to which account and in which sums)?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2. hear the representative of „Twinstyle Ltd" (Suite 606,1220 N. Market Street Wilmington, DE 19801, Country of New Castle, USA) as a witness with regard to the following questions:
- When was the company founded; what are its areas of activity and who belong to the management board of the company?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regar[...] unjustified refusal to perform his duties and knowingly providing a false translation.*

10

- Has your company ordered or received goods, substances, materials, devices, equipment, systems and components of thereof, software and technology used for military purposes from the Republic of Estonia (Tallinn)? (If yes, then at what times have the goods been sent, with which companies have the contracts been signed, etc.?)

Please present to the person being questioned the Air Waybill 960-0034 5520, on one page, where the sender of goods has been marked as Twinstayle Ltd. and the accompanying Invoice No. A33 15.06.2005, on one page, both of these documents having being attached to the letter rogatory.

- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A33 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?

If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.

- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has your company opened the bank account in the Republic of Latvia Lateko Bank with the number ████████████████████; if it has, then when was the account opened and who are the persons authorized to use the account?
- Has the company Beijing Hengjietong Trade Company, located in the People's Republic of China, paid the sum 790 USD pursuant to the invoice for the sent goods?
- Is this sum of 790 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)
- Has your company signed any contracts or has your company had any contact with the following companies:

**SIMATRON LTD** (#24 Tangerine Str., Belmopan, Belize)
BANK: Acc: ████████████████ (USD), (EUR) LATEKO BANK Riga, Latvia SWIFT: ████████ Acc: ████████ (USD) DEUTSCHE BANK TRUST COMPANY AMERICAS New York, USA SWIFT: BKTR US33 Acc: ████████ (EUR) DEUTSCHE BANK Frankfurt/Main SWIFT: ████████

**TEMRON MANAGEMENT CORP.** 12260 Willow Grove Road, Camden, Bldg#2, Delaware, USA Acc: ████████ IBAN: ████████ (EUR / USD) LATEKO BANK, Riga, Latvia SWIFT: ████████ Acc: ████████ (USD) DEUTSCHE BANK TRUST COMPANY AMERICAS New York, USA SWIFT: ████████ Acc: ████████ (EUR) DEUTSCHE BANK Frankfurt/Main SWIFT: ████████

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

11

**BERENG LIMITED COMPANY** (113 Barksdale Professional Center Newar DE 19711 Suite 1202 Little Rock State of Arkansas USA, AR 72201) Bank: Rietumu Bankas ███████████████

**MACROTEX TECHNOLOGIES LLC** (7515 East North Street, Dower Delaware USA) Bank: Parex Bank Riga Latvija Swift-code: Acc: █████████████
**MAKAFTON TECHNOLOGIES LTD** (29A Anna Komnini Str., CY-1520 Nicosia Cyprus) Bank:  USD Acc: ████████████ International Bank Account Number (IBAN no) ███████████ ████████████ Cyprus Popular Bank Ltd The International Business Centre 50 Kennedy Avenue Caterways Building 1st Floor Nicosia-Cyprus

(If yes, then at what time and have you had contact with them regarding the transport of goods through the Republic of Estonia?)

- Has your company had any contact with the following people?:
Jevgeni Davidov, born ████████
Igor Podretšnev, born ███████████
Vladimir Kiriljuk, born █████████████
Aleksandr Kolpakov, born █████████████
Aleksander Petrov
Pavel Guštšin
Jevgeni, son of Mihhail(resides in Belarus)
Oleg Samohvalov
Oleg Vašenko
Vladimir Rõbalov
Stanislav Kaktus
Georgi Kaktus
Vladimir Božok
Juri Kuhi
Sergei Lomaka
Vadim Usov
Julia Beloborodova
Vadim Zabožan
Ihar Kapitsyn
Olga Taygankova (also known to use the surnames Tsogankova, Tsõgankova, and from ████████████ Aleksejeva), born ███████████████
Sergei Petrov, personal identification code of the Republic of Latvia ███████████████
Yuri (Juri) Makarov, born ██████████
Iouri (Igor) Konnikov, born █████████████
Serguei (Sergei) Kovanda, born █████████████
Dmitar Panchugov, born █████████
Dmitri Sepa, born ████████████
Eduard Kurbatov, born █████████████
Aare Piire, born █████████████
Heiti Metsoja, born █████████
Nikolai Prohhorov, born █████████████
Vladimir Mitrofanov, born █████████████
Roman Mikhaylov, born ████████████

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

12

Aleksei Kravtšenko, born █████████
Sergey (Sergei) Bogoslovskiy, born █████████
Jaanus Gimaletdinov, born █████████

If yes, then in connection with what and are these persons connected to the goods sent through the Republic of Estonia?
If possible, then please add copies of any documents connected to the aforementioned persons.

2.1 Please present to the person being questioned the Air Waybill 960-0034 5516, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A39 09.06.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A39 and on which grounds has it been submitted?
- Has your company sent the goods (Metallic Goods, Metal Rings) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Xinshidai Company, located in the People's Republic of China, paid the sum 120 USD pursuant to the invoice for the sent goods?
- Is this sum of 120 USD the price for the sent goods?

- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.2 Please present to the person being questioned the Air Waybill 960-0034 5531, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A39 15.06.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A39 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

13

- What were the goods?

If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.

- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Qingchuan International Freight CO Ltd., located in the People's Republic of China, paid the sum 780 USD pursuant to the invoice for the sent goods?
- Is this sum of 780 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.3 Please present to the person being questioned the Air Waybill 960-0034 5542, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A41 17.06.2005, on one page, both of these documents having being attached to the letter rogatory.

- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A41 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?

If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.

- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Qingchuan International Trading Group. CO. Ltd., located in the People's Republic of China, paid the sum 100 USD pursuant to the invoice for the sent goods?
- Is this sum of 100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

14

2.4 Please present to the person being questioned the Air Waybill 960-0034 5553, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A43 18.06.2005 on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A43 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Qing An International Trading Group CO Ltd., located in the People's Republic of China, paid the sum 250 USD pursuant to the invoice for the sent goods?
- Is this sum of 250 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.5 Please present to the person being questioned the Air Waybill 960-0034 5590, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A50 11.07.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A50 and on which grounds has it been submitted?
- Has your company sent the goods (Pump Spare Parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?

15

- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Qingchuan International Freight CO Ltd., located in the People's Republic of China, paid the sum 780 USD pursuant to the invoice for the sent goods?
- Is this sum of 230 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.6 Please present to the person being questioned the Air Waybill 960-0034 5612, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No.  A1/08.07.2005 13.07.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A1/07.07.2005 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals Block and Parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 900 USD pursuant to the invoice for the sent goods?
- Is this sum of 900 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.7 Please present to the person being questioned the Air Waybill 960-0034 5575, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No.  A45 07.07.2005 on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A45 and on which grounds has it been submitted?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

16

- Has your company sent the goods (Spare Parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Yiheng International Trade CO, located in the People's Republic of China, paid the sum 400 USD pursuant to the invoice for the sent goods?
- Is this sum of 400 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.8 Please present to the person being questioned the Air Waybill 960-0034 5656, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A30 27.07.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A30 and on which grounds has it been submitted?
- Has your company sent the goods (Hoses) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 330 USD pursuant to the invoice for the sent goods?
- Is this sum of 330 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

17

goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.9 Please present to the person being questioned the Air Waybill 960-0034 5660, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A31 27.07.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A31 and on which grounds has it been submitted?
- Has your company sent the goods (Spare Parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Qingchuan International Freight CO. Ltd., located in the People's Republic of China, paid the sum 900 USD pursuant to the invoice for the sent goods?
- Is this sum of 900 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.10 Please present to the person being questioned the Air Waybill 960-0034 5715, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A51 10.08.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A51 and on which grounds has it been submitted?
- Has your company sent the goods (Emty Box) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

18

- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Machinery Import and Export Corp., located in the People's Republic of China, paid the sum 20 USD pursuant to the invoice for the sent goods?
- Is this sum of 20 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia?  (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

   2.11 Please present to the person being questioned the Air Waybill 960-0034 5682, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No.  A45 01.08.2005 on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A45 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Qingchuan International Freight CO Ltd., located in the People's Republic of China, paid the sum 780 USD pursuant to the invoice for the sent goods?
- Is this sum of 780 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia?  (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

   2.12 Please present to the person being questioned the Air Waybill 960-0034 5704, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

19

Invoice No. A32 04.08.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A32 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Qingchuan International Freight CO Ltd., located in the People's Republic of China, located in the People's Republic of China, paid the sum 900 USD pursuant to the invoice for the sent goods?
- Is this sum of 900 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.13 Please present to the person being questioned the Air Waybill 960-0034 5752, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A050 26.09.2005, on one page, both of these documents having being attached to the letter rogatory.
Also, please present to the person being questioned the letter by Twinstayle Ltd, on one page, which has been attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled the letter and on which grounds has it been submitted?
- Which one of your employees compiled invoice No. A059 and on which grounds has it been submitted?
- Has your company sent the goods (Spare Parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?

20

- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Xinshidai Company, located in the People's Republic of China, paid the sum 1000 USD pursuant to the invoice for the sent goods?
- Is this sum of 1000 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.14 Please present to the person being questioned the Air Waybill 960-0034 5741, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A47 20.09.2005 on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A47 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Qing An International Trading CO Ltd., located in the People's Republic of China, paid the sum 600 USD pursuant to the invoice for the sent goods?
- Is this sum of 600 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.15 Please present to the person being questioned the Air Waybill 960-0034 5730, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A34 07.09.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

21

- Which one of your employees compiled invoice No. A34 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Hengjetong Trade Company, located in the People's Republic of China, paid the sum 790 USD pursuant to the invoice for the sent goods?
- Is this sum of 790 USD the price for the sent goods?

- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

    2.16 Please present to the person being questioned the Air Waybill 960-0034 5774, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A50 14.10.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A50 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 980 USD pursuant to the invoice for the sent goods?
- Is this sum of 980 USD the price for the sent goods?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

22

- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.17 Please present to the person being questioned the Air Waybill 960-0034 5763, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A1 11.10.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A1 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Sea Dragon Import&Export Service Co, located in the People's Republic of China, paid the sum 1100 USD pursuant to the invoice for the sent goods?
- Is this sum of 1100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.18 Please present to the person being questioned the Air Waybill 960-0034 5785, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A60 24.10.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A60 and on which grounds has it been submitted?
- Has your company sent the goods (Hoses) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

23

If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 1100 USD pursuant to the invoice for the sent goods?
- Is this sum of 1100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

  2.19 Please present to the person being questioned the Air Waybill 960-0034 5796, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A35 04.11.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A35 and on which grounds has it been submitted?
- Has your company sent the goods (Spare Parts, Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Hengjietong Trade Company, located in the People's Republic of China, paid the sum 790 USD pursuant to the invoice for the sent goods?
- Is this sum of 790 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

24

2.20 Please present to the person being questioned the Air Waybill 960-0034 5800, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A61 01.12.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A61 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 1100 USD pursuant to the invoice for the sent goods?
- Is this sum of 1100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.21 Please present to the person being questioned the Air Waybill 960-0034 5822, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. 2 14.12.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. 2 and on which grounds has it been submitted?
- Has your company sent the goods (Spare parts) listed in the documents to Malaysia through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move Malaysia?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?

25

- Has the company Aviasian SDN BHD, located in Malysia, paid the sum 1000 USD pursuant to the invoice for the sent goods?
- Is this sum of 1000 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in Malaysia regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.22 Please present to the person being questioned the Air Waybill 960-0034 5844, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A63 23.12.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A63 and on which grounds has it been submitted?
- Has your company sent the goods (Spare parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 1100 USD pursuant to the invoice for the sent goods?
- Is this sum of 1100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.23 Please present to the person being questioned the Air Waybill 406-9126 2220, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A2 14.11.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A2 and on which grounds has it been submitted?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

26

- Has your company sent the goods (Spare parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Zhongjiantai Science&Technology Development CO Ltd., located in the People's Republic of China, paid the sum 980 USD pursuant to the invoice for the sent goods?
- Is this sum of 980 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.24 Please present to the person being questioned the Air Waybill 406-9126 2253, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A065 13.12.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A065 and on which grounds has it been submitted?
- Has your company sent the goods (Spare parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Xinshidai Company, located in the People's Republic of China, paid the sum 1000 USD pursuant to the invoice for the sent goods?
- Is this sum of 1000 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the

27

goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.25   Please present to the person being questioned the Air Waybill 406-9202 8414, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. 62 22.12.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A62 and on which grounds has it been submitted?
- Has your company sent the goods (Pumps, Spare Parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 1100 USD pursuant to the invoice for the sent goods?
- Is this sum of 1100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia?  (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.26 Please present to the person being questioned the Air Waybill 406-9202 8403, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A44 .2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A44 and on which grounds has it been submitted?
- Has your company sent the goods (Spare parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?



28

- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 1050 USD pursuant to the invoice for the sent goods?
- Is this sum of 1050 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.27 Please present to the person being questioned the Air Waybill 406-9126 2242, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A9 13.12.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A9 and on which grounds has it been submitted?
- Has your company sent the goods (Spare parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Sea Dragon IMP&EXP Service CO, located in the People's Republic of China, paid the sum 1100 USD pursuant to the invoice for the sent goods?
- Is this sum of 1100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.28 Please present to the person being questioned the Air Waybill 406-5974 9616, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

29

Invoice No. A44 14.09.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A44 and on which grounds has it been submitted?
- Has your company sent the goods (Spare Parts & Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 1050 USD pursuant to the invoice for the sent goods?
- Is this sum of 1050 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.29 Please present to the person being questioned the Air Waybill 406-9126 2172, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A1 21.09.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A1 and on which grounds has it been submitted?
- Has your company sent the goods (Spare parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Zhongjiantai Science&Technology Development CO Ltd., located in the People's Republic of China, paid the sum 980 USD pursuant to the invoice for the sent goods?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

30

- Is this sum of 980 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.30 Please present to the person being questioned the Air Waybill 406-9126 2161, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A056 16.09.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A056 and on which grounds has it been submitted?
- Has your company sent the goods (Pumps) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Xinshidai Company, located in the People's Republic of China, paid the sum 1000 USD pursuant to the invoice for the sent goods?
- Is this sum of 1000 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.31 Please present to the person being questioned the Air Waybill 406-9126 2183, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A2 15.10.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A2 and on which grounds has it been submitted?
- Has your company sent the goods (Spare parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?



31

If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Sea Dragon Import&Export Service CO., located in the People's Republic of China, paid the sum 1100 USD pursuant to the invoice for the sent goods?
- Is this sum of 1100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.32 Please present to the person being questioned the Air Waybill 406-5974 9605, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A51 07.08.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A51 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Qing An International Trading Group CO., located in the People's Republic of China, paid the sum 1050 USD pursuant to the invoice for the sent goods?
- Is this sum of 1050 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

32

2.33 Please present to the person being questioned the Air Waybill 406-5974 9561, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoices No. A49 22.07.2005, on one page, and A50 22.07.2005, on one page, which have been attached to the letter rogatory?
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled the invoices No. A49 and A50 and on which grounds have they been submitted?
- Has your company sent the goods (Electricals, Emty Tank) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Machinery Import and Export Corp., located in the People's Republic of China, paid the sums 900 and 150 USD pursuant to the invoice for the sent goods?
- Is this sum of 1050 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.34 Please present to the person being questioned the Air Waybill 406-5974 9594, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A50 06.08.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A50 and on which grounds has it been submitted?
- Has your company sent the goods (Pumps & Spare Parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?

33

- Has the company China Qing An International Trading CO., located in the People's Republic of China, paid the sum 1050 USD pursuant to the invoice for the sent goods?
- Is this sum of 1050 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.35 Please present to the person being questioned the Air Waybill 406-9202 8440, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A2 02.03.2006, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A2 and on which grounds has it been submitted?
- Has your company sent the goods (Spare parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Zhongjiantai Science&Technology Development CO Ltd., located in the People's Republic of China, paid the sum 1080 USD pursuant to the invoice for the sent goods?
- Is this sum of 1080 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.36 Please present to the person being questioned the Air Waybill 406-9202 8473, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A1 09.03.2006, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A1 and on which grounds has it been submitted?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

34

- Has your company sent the goods (Spare parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?

If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Peace Corporation, located in the People's Republic of China, paid the sum 1080 USD pursuant to the invoice for the sent goods?
- Is this sum of 1080 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.37 Please present to the person being questioned the Air Waybill 406-9202 8462, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A1 09.03.2006, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A1 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?

If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Poly Technologies INC., located in the People's Republic of China, paid the sum 1100 USD pursuant to the invoice for the sent goods?
- Is this sum of 1100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the

35

goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.38 Please present to the person being questioned the Air Waybill 406-9202 8425, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A1 18.01.2006, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A1 and on which grounds has it been submitted?
- Has your company sent the goods (Spare parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Zhongjiantai Science&Technology Development CO Ltd., located in the People's Republic of China, paid the sum 980 USD pursuant to the invoice for the sent goods?
- Is this sum of 980 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.39 Please present to the person being questioned the Air Waybill 960-0034 5881, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A1 02.03.2006, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A1 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?

- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 1100 USD pursuant to the invoice for the sent goods?
- Is this sum of 1100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia?  (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.40 Please present to the person being questioned the Air Waybill 960-0034 5870, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No.  A01 02.03.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A01 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Qing An International Trading Group CO., located in the People's Republic of China, paid the sum 1100 USD pursuant to the invoice for the sent goods?
- Is this sum of 1100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia?  (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.41 Please present to the person being questioned the Air Waybill 960-0034 5866, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying

37

Invoice No. 0001 06.02.2006, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. 0001 and on which grounds has it been submitted?
- Has your company sent the goods (Spare parts) listed in the documents to Malaysia through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move Malaysia?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Aviasian SDN.BHD, located in Malysia, paid the sum 1000 USD pursuant to the invoice for the sent goods?
- Is this sum of 1000 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in Malaysia regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.42 Please present to the person being questioned the Air Waybill 999-7896 1724, on one page, where the sender of goods has been marked as Twinstayle Ltd., the waybill with the description of the goods, and the accompanying Invoice No. A2 17.06.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A2 and on which grounds has it been submitted?
- Has your company sent the goods (Electric Spare parts) listed in the documents to the People's Republic of China through Estonia?
- Are the goods sent to the People's Republic of China in accordance with the product list provided on the waybill?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

38

- Has the company Beijing Qing An International Trading Group CO., located in the People's Republic of China (provided on the Air Waybill), or China Qing An International Trading Group CO.Ltd (provided on the Invoice) paid the sum 900 USD for the sent goods?
- Is this sum of 900 USD the price for the sent goods?
- To which company, Beijing Qing An International Trading Group CO. Ltd (Air Waybill) or China Qing An International Trading Group CO. Ltd. did the goods move and are they the same company (the registry address is the same?)
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

     2.43 Please present to the person being questioned the Air Waybill 999-7896 1680, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A40 17.06.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A40 and on which grounds has it been submitted?
- Has your company sent the goods (Alarm System parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Poly Technologies INC., located in the People's Republic of China, paid the sum 1100 USD pursuant to the invoice for the sent goods?
- Is this sum of 1100 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

     2.44 Please present to the person being questioned the Air Waybill 406-0034 -5534, on one page, where the receiver of goods has been marked as Twinstayle Ltd., which has been attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

39

- Has your company sent the goods (Hose Pipes) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?

If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

    2.45 Please present to the person being questioned the Air Waybill 406-9126 2216, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A060 28.10.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A060 and on which grounds has it been submitted?
- Has your company sent the goods (Lamps) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?

If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Xinshidai Company, located in the People's Republic of China, paid the sum 1000 USD pursuant to the invoice for the sent goods?
- Is this sum of 1000 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

40

2.46 Please present to the person being questioned the Air Waybill 960-0034 5472, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A29 27.04.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A29 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 990 USD pursuant to the invoice for the sent goods?
- Is this sum of 990 USD the price for the sent goods?
- Has your company opened the bank account in the Republic of Latvia Parex Bank with the number 0000783421 that is shown on Invoice A29; if it has, then when was the account opened and who are the persons authorized to use the account?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.47 Please present to the person being questioned the Air Waybill 960-0034 5483, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A28 26.04.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A28 and on which grounds has it been submitted?
- Has your company sent the goods (Hydraulic parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?

41

- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 222 USD pursuant to the invoice for the sent goods?
- Is this sum of 222 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.48 Please present to the person being questioned the Air Waybill 960-0034 5461, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A38 28.03.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A38 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Hengjietong Trade Company, located in the People's Republic of China, paid the sum 780 USD pursuant to the invoice for the sent goods?
- Is this sum of 780 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.49 Please present to the person being questioned the Air Waybill 406-5695 4203, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

Invoice No. A37 28.03.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A37 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Qing An International Trading Group CO., located in the People's Republic of China (provided on the Air Waybill), or Beijing Qingan International Trading Group (information provided on the Invoice) paid the sum 380 USD for the sent goods?
- Could the two companies be actually one and the same (the registry address is the same)?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.50 Please present to the person being questioned the Air Waybill 960-0034 5446, on one page, where the receiver of goods has been marked as Twinstayle Ltd., which has been attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the

43

goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.51 Please present to the person being questioned the Air Waybill 960-0034 5413, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A31 08.03.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A31 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Qingchuan International Freight CO.LTD., located in the People's Republic of China, paid the sum 180 USD pursuant to the invoice for the sent goods?
- Is this sum of 180 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.52 Please present to the person being questioned the Air Waybill 960-0034 5450, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. B12/17.03.2005 17.03.2005 , on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. B12/17.03.2005 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

44

- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China Taly Aviation Technologies CO., located in the People's Republic of China, paid the sum 220 USD pursuant to the invoice for the sent goods?
- Is this sum of 220 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.53 Please present to the person being questioned the Air Waybill 960-0034 5424, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A32 08.03.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A32 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Hengjietong Trade Company, located in the People's Republic of China, paid the sum 190 USD pursuant to the invoice for the sent goods?
- Is this sum of 190 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.54 Please present to the person being questioned the Air Waybill 960-0034 5435, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying

45

Invoice No. A30 08.03.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A30 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company Beijing Shuanghegyuan Material CO, located in the People's Republic of China, paid the sum 280 USD pursuant to the invoice for the sent goods?
- Is this sum of 280 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

2.55 Please present to the person being questioned the Air Waybill 960-0034 5402, on one page, where the sender of goods has been marked as Twinstayle Ltd., and the accompanying Invoice No. A27 17.02.2005, on one page, both of these documents having being attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Which one of your employees compiled invoice No. A27 and on which grounds has it been submitted?
- Has your company sent the goods (Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- Has the company China National Friend Industry Corp., located in the People's Republic of China, paid the sum 380 USD pursuant to the invoice for the sent goods?

46

- Is this sum of 380 USD the price for the sent goods?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

   2.56 Please present to the person being questioned the Air Waybill 406-5695 4181, on one page, where the receiver of goods has been marked as Twinstayle Ltd., which has been attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Has your company sent the goods (Spare Parts for Electricals) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

   2.57 Please present to the person being questioned the Air Waybill 406-9202 9414, on one page, where the receiver of goods has been marked as Twinstayle Ltd., which has been attached to the letter rogatory.
- What kind of clarifications can you make with regard to these documents?
- Has your company sent the goods (Pumps) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

47

- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)

　　　3. to hear the representative of „**Bereng Ltd**" (Tower Building 323 Center Street Litle Rock AR-72201 Arkansas USA) as a witness with regard to the following questions:
- When was the company founded; what are its areas of activity and who belong to the management board of the company?
- Has your company ordered or received goods, substances, materials, devices, equipment, systems and components of thereof, software and technology used for military purposes from the Republic of Estonia (Tallinn)? (If yes, then at what times have the goods been sent, with which companies have the contracts been signed, etc.?)
Please present to the person being questioned the Air Waybill 406-5687 9616, on one page, where the sender of goods has been marked as Bereng Ltd.
- What kind of clarifications can you make with regard to these documents?
- Has your company sent the goods (Spare Parts) listed in the documents to the People's Republic of China through Estonia?
- What were the goods?
If possible, provide a detailed description or any documentation, photographs, signed contracts, documents certifying the origin of the goods.
- Based on what conditions and agreements did the goods move to the People's Republic of China?
- Has your company had any contact with the company Trans-Air Logistics (registered in the Republic of Estonia), which carried out the formalizing of the delivery note presented to you during your questioning and delivery of the goods?
- On what grounds and who organized the transport of goods through the Republic of Estonia?
- How, when and by whom were the goods sent to the Republic of Estonia?
- If possible, then we request that you add the contracts signed with the company registered in the People's Republic of China regarding the sent goods.
- Does your company have an open bank account at the Rietumu Bankas p/c 131806819 Reg no. 000307449 Kods 310101715 in the Republic of Latvia? If yes, then since when is the account open and who has the authorizations to utilize the monetary assets of the account?
- Has your company sent any more similar goods through the Republic of Estonia? (If yes, then at what time, what were the goods, with which companies were the contracts signed regarding the goods, how was the payment for the goods carried out, meaning to whom and to which account were the monies paid?)
- Has your company signed any contracts or has your company had any contact with the following companies:
**TWINSTYLE LTD** (Suite 606, 1220 N.Market Street, Wilmington, DE 19801, Country Of New Castle, USA) Bank: Lateko Bank Riga Latvia Swift-code:LATBLV22 Account#040-97-495 ACC#6020039970 (USD)
**SIMATRON LTD** (#24 Tangerine Str., Belmopan, Belize)
BANK: Acc: LV92LATB0006020083261 (USD), (EUR) LATEKO BANK Riga, Latvia SWIFT: LATB LV 22 Acc: 04-097-495 (USD) DEUTSCHE BANK TRUST COMPANY

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding*
*unjustified refusal to perform his duties and knowingly providing a false translation.*

48

AMERICAS New York, USA SWIFT: BKTR US33 Acc: ████████(EUR) DEUTSCHE
BANK Frankfurt/Main SWIFT: ████████
**TEMRON MANAGEMENT CORP.** 12260 Willow Grove Road, Camden, Bldg#2, Delaware,
USA Acc: ████████ IBAN: ████████████ (EUR / USD) LATEKO BANK, Riga,
Latvia SWIFT: ████████ Acc: ████████ (USD) DEUTSCHE BANK TRUST COMPANY
AMERICAS New York, USA SWIFT: ████████ Acc: ████████ (EUR) DEUTSCHE
BANK Frankfurt/Main SWIFT: ████████
**MACROTEX TECHNOLOGIES LLC** (7515 East North Street, Dower Delaware USA)
Bank: Parex Bank Riga Latvija Swift-code: Acc: ████████
**MAKAFTON TECHNOLOGIES LTD** (29A Anna Komnini Str., CY-1520 Nicosia Cyprus)
Bank: USD Acc: ████████ International Bank Account Number ████████████
████████████ Cyprus Popular Bank Ltd The International Business Centre 50
Kennedy Avenue Caterways Building 1st Floor Nicosia-Cyprus
(If yes, then at what time and have you had contact with them regarding the transport of goods
through the Republic of Estonia?)
- Has your company had any contact with the following people?:
Jevgeni Davidov, born ████████
Igor Podretšnev, born ████████
Vladimir Kiriljuk, born ████████
Aleksandr Kolpakov, born ████████
Aleksander Petrov
Pavel Guštšin
Jevgeni, son of Mihhail(resides in Belarus)
Oleg Samohvalov
Oleg Vašenko
Vladimir Rõbalov
Stanislav Kaktus
Georgi Kaktus
Vladimir Božok
Juri Kuhi
Sergei Lomaka
Vadim Usov
Julia Beloborodova
Vadim Zabožan
Ihar Kapitsyn
Olga Taygankova (also known to use the surnames Tsogankova, Tsõgankova, and from ████████
Aleksejeva), born ████████
Sergei Petrov, personal identification code of the Republic of Latvia ████████
Yuri (Juri) Makarov, born ████████
Iouri (Igor) Konnikov, born ████████
Serguei (Sergei) Kovanda, born ████████
Dmitar Panchugov, born ████████
Dmitri Sepa, born ████████
Eduard Kurbatov, born ████████
Aare Piire, born ████████
Heiti Metsoja, born ████████

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding
unjustified refusal to perform his duties and knowingly providing a false translation.*

49

Nikolai Prohhorov, born █████████
Vladimir Mitrofanov, born █████████
Roman Mikhaylov, born █████████
Aleksei Kravtšenko, born █████████
Sergey (Sergei) Bogoslovskiy, born █████████
Jaanus Gimaletdinov, born █████████

If yes, then in connection with what and are these persons connected to the goods sent through the Republic of Estonia?
If possible, then please add copies of any documents connected to the aforementioned persons.

4. hear the representative of „TEMRON MANAGEMENT CORP." (12260 Willow Grove Road, Camden, Bldg#2, Delaware, USA Acc) as a witness with regard to the following questions:
- When was the company founded; what are its areas of activity and who belong to the management board of the company?
- Has your company ordered or received goods, substances, materials, devices, equipment, systems and components of thereof, software and technology used for military purposes from the Republic of Estonia (Tallinn)? (If yes, then at what times have the goods been sent, with which companies have the contracts been signed, etc.?)
- Has your company had any contact with the company Trans-Air Logistics, registered in the Republic of Estonia?
- Does your company have an open bank account Acc: █████████ IBAN: █████████ (EUR / USD) LATEKO BANK, Riga, Latvia SWIFT: █████████ Acc: █████████ (USD) open in Lateko Bank of the Republic of Latvia? If yes, then since when is the account open and who has the authorizations to utilize the monetary assets of the account?
- Has your company signed any contracts or has your company had any contact with the following companies:
TWINSTYLE LTD (Suite 606, 1220 N.Market Street, Wilmington, DE 19801, Country Of New Castle, USA) Bank: Lateko Bank Riga Latvia Swift-code: █████████ Account# █████████ (USD)
SIMATRON LTD (#24 Tangerine Str., Belmopan, Belize)
BANK: Acc: █████████ (USD), (EUR) LATEKO BANK Riga, Latvia SWIFT: █████████ Acc: █████████ (USD) DEUTSCHE BANK TRUST COMPANY AMERICAS New York, USA SWIFT: █████████ Acc: █████████ (EUR) DEUTSCHE BANK Frankfurt/Main SWIFT: DEUTDEFF
MACROTEX TECHNOLOGIES LLC (7515 East North Street, Dower Delaware USA)
Bank: Parex Bank Riga Latvija Swift-code: Acc: █████████
MAKAFTON TECHNOLOGIES LTD (29A Anna Komnini Str., CY-1520 Nicosia Cyprus)
Bank: USD Acc: █████████ International Bank Account Number █████████ █████████ Cyprus Popular Bank Ltd The International Business Centre 50 Kennedy Avenue Caterways Building 1st Floor Nicosia-Cyprus
(If yes, then at what time and have you had contact with them regarding the transport of goods through the Republic of Estonia?)

- Has your company had any contact with the following people?:

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding unjustified refusal to perform his duties and knowingly providing a false translation.*

50

Jevgeni Davidov, born █████████
Igor Podretšnev, born █████████
Vladimir Kiriljuk, born █████████
Aleksandr Kolpakov, born █████████
Aleksander Petrov
Pavel Guštšin
Jevgeni, son of Mihhail(resides in Belarus)
Oleg Samohvalov
Oleg Vašenko
Vladimir Rõbalov
Stanislav Kaktus
Georgi Kaktus
Vladimir Božok
Juri Kuhi
Sergei Lomaka
Vadim Usov
Julia Beloborodova
Vadim Zabožan
Ihar Kapitsyn
Olga Taygankova (also known to use the surnames Tsogankova, Tsõgankova, and from ████████
Aleksejeva), born █████████
Sergei Petrov, personal identification code of the Republic of Latvia █████████
Yuri (Juri) Makarov, born █████████
Iouri (Igor) Konnikov, born █████████
Serguei (Sergei) Kovanda, born █████████
Dmitar Panchugov, born █████████
Dmitri Sepa, born █████████
Eduard Kurbatov, born █████████
Aare Piire, born ████
Heiti Metsoja, born █████████
Nikolai Prohhorov, born █████████
Vladimir Mitrofanov, born █████████
Roman Mikhaylov, born █████████
Aleksei Kravtšenko, born █████████
Sergey (Sergei) Bogoslovskiy, born █████████
Jaanus Gimaletdinov, born █████████
If yes, then in connection with what and are these persons connected to the goods sent through the
Republic of Estonia?
If possible, then please add copies of any documents connected to the aforementioned persons.


The letter rogatory at hand has been compiled with the aim of ascertain all the facts regarding the
possible crime and also gather evidence on the subject of proof.  Any information received
pursuant to our letter rogatory will only be used in the interest of justice and pursuant to the law.
We confirm that the information received pursuant to our letter rogatory will only be used in the
criminal matter at hand and will not be disclosed to third parties.

*The translator Alo Suursaar is aware of his liability pursuant to § 318 and 321 of the Penal Code regarding
unjustified refusal to perform his duties and knowingly providing a false translation.*

51

The contact person in fulfilling this letter rogatory is senior assistant of the Security Police Board within the rights of detective Olgert Rõõm (address: Toompuiestee 3, Tallinn, Republic of Estonia, 10142; telephone +372 612 1400; fax + 372 612 1401; e-mail: Olgert@kapo.ee).

Kind regards,

Kadri Väling
District Prosecutor

Appendices: copies of flight delivery notes and accompanying invoices on 126 pages.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

IN RE LETTER OF REQUEST ) <br>
FROM ESTONIA ) <br>
IN THE MATTER OF ) Misc No. 08- <br>
BRONNIKOV )

<u>ORDER</u>

Upon application of the United States of America; and upon examination of a letter of request from Estonia whose authorities are seeking certain testimony and information from individuals which may be found in this District, for use in a judicial proceeding in Estonia and the Court being fully informed in the premises, it is hereby

**ORDERED**, pursuant to Title 28, United States Code, Section 1782, that David L. Hall, Assistant United States Attorney, hereby is appointed as Commissioner of this Court and is hereby directed to execute the letter of request from the Estonian authorities as follows:

1. to take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

2. provide notice with respect to the collection of evidence to those persons identified in the requests as parties to whom notice should be given (and no notice to any other party

shall be required);

      3. adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a Court in Estonia, which procedures may be specified in the request or provided by the Estonian authorities;

      4. seek such further orders of this Court as may be necessary to execute this request; and

      5. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the Estonian authorities.

      IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner.

      Dated: This _____ day of _____, 2008.


_____
United States District Court Judge